IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION |
| LAMAR FIELDS, | NO. 17-0169 |
| *Defendant*. | |

**PAPPERT, J.**                                                                                       October 9, 2018

### ORDER

**AND NOW**, this 9th day of October, 2018, upon consideration of the Government's motions to preclude improper cross examination, prohibit evidence of, or argument for, jury nullification and admit intrinsic evidence, (ECF Nos. 32–34); Defendant's motions to dismiss Counts 1 and 3 of the Indictment based on the statute of limitations, to dismiss all counts due to vindictive prosecution and to suppress evidence, (ECF Nos. 43–45); the Government's responses, (ECF No. 47) and a hearing on Defendant's motions dismiss all counts due to vindictive prosecution and to suppress evidence, (ECF No. 49), it is hereby **ORDERED** that:

1. ECF No. 32 is **DENIED** without prejudice.
2. ECF No. 33 is **GRANTED**.
3. ECF No. 34 is **DENIED** without prejudice.
4. ECF No. 43 is **DENIED**.
5. ECF No. 44 is **DENIED**.
6. ECF No. 45 is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.